IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00982-RPM

SUMMER R. LINDSEY,

    Plaintiff,

v.

ACCOUNT BROKERS, INC.,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**

s/M. V. Wentz
  Secretary

    Plaintiff having filed a Notice of Settlement [Doc. 10], the July 27, 2015, scheduling conference and the July 23, 2015, deadline to submit a proposed scheduling order are vacated.  The parties shall submit a stipulation for dismissal by August 17, 2015.

DATED:  July 16, 2015