IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00982-RPM

SUMMER R. LINDSEY,

    Plaintiff,

v.

ACCOUNT BROKERS, INC.,

    Defendant.
_____

## ORDER OF DISMISSAL
_____

Pursuant to the Stipulated Motion to Dismiss with Prejudice [Doc. 12], it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

Dated:    August 10th, 2015

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge